**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                   Respondent,

v.

Derrick Fishburne,                        Appellant.

———————

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-363
Submitted June 1, 2012 – Filed June 20, 2012

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of

Columbia; and Solicitor Isaac McDuffie Stone, III, of
Bluffton, for Respondent.


**PER CURIAM:** Derrick Fishburne appeals his convictions of murder and possession of a firearm during the commission of a violent crime, arguing the trial court erred in admitting eight autopsy photographs. After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.